THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

WILLIAM D. HUYSERS,

        Plaintiff,

v.

SGT. GROSSMAN et al.,

        Defendants.

Civil No. 18-16786 (NLH/SAK)

## ORDER

This matter has been raised *sua sponte* by the Court because of *pro se* Plaintiff's failure to comply with this Court's scheduling and discovery Orders; failure to appear for Court-Ordered hearings on June 17, 2021, June 30, 2021, and July 29, 2021; and failure to prosecute his case. *See* Order to Show Cause, June 17, 2021 [ECF No. 75]; Order to Show Cause, July 13, 2021 [ECF No. 79]; and the Court having considered the Report and Recommendation submitted by the Honorable Sharon A. King, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown:

IT IS on this 27th day of August 2021 hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                                              s/ Noel L. Hillman
                                              Noel L. Hillman
At Camden, New Jersey              United States District Judge